**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| BELL SEMICONDUCTOR, LLC, <br><br> Plaintiff, <br> v. <br><br> TEXAS INSTRUMENTS INCORPORATED <br><br> Defendant. | **Civil Action No.  4:23-cv-609-ALM** <br><br> **JURY TRIAL DEMANDED** |

**JOINT NOTICE AND MOTION TO MODIFY SCHEDULING ORDER**
**RE: CLAIM CONSTRUCTION DEADLINES**

Plaintiff Bell Semiconductor LLC ("Bell Semic") and Defendant Texas Instruments Incorporated ("TI" and, collectively with Bell Semic, the "Parties") ask the Court to extend the time to comply with certain claim construction deadlines entered in the case, as shown in the chart below.  The Parties have not previously requested an extension of time related to these deadlines.

Good cause exists for granting the extension of time, including an intervening change of circumstances since the Scheduling Order was entered.  Plaintiff's expert, Dr. Joseph Bernstein, lives in Israel and was unavailable for a deposition during the claim construction discovery period.  The Parties therefore seek a ten-day extension of the claim construction briefing deadlines and submission of the technology synopsis.  These extensions will still result in the Court receiving all materials by October 4, 2024, in time for the claim construction hearing on October 15, 2024.

| **OLD Date** | **NEW Date** | **Event** |
|---|---|---|
| Aug. 8, 2024 | No Change | Completion date for discovery on claim construction (P.R. 4-4). |
| Aug. 16, 2024 | Aug. 26, 2024 | Opening claim construction brief (P.R.4-5(a)). |
| Sept. 17, 2024 | Sept. 27, 2024 | Submit technology synopsis (both hard copy and disk). |
| Aug. 30, 2024 | Sept. 9, 2024 | Responsive claim construction brief (P.R. 4-5(b)). |
| Sept. 6, 2024 | Sept. 16, 2024 | Reply claim construction brief (P.R. 4-5(c)). |
| Oct. 4, 2024 | No Change | Parties to file joint claim construction and chart (P.R. 4-5(d)). Parties shall work together to agree on as many claim terms as possible. |
| **Oct. 15, 2024** | **No Change** | **Claim construction hearing at 9:00 am** at the Paul Brown United States Courthouse, 101 E. Pecan Street, Sherman, Texas. |

This change should not require further alterations of the Court's schedule.

The Parties also hereby provide the Court notice that, in view of Dr. Bernstein's situation, the Parties have agreed to the following:

1. The Parties will forego depositions of the experts who submitted declarations regarding claim construction in this case.

2. Neither party will mention or use the absence of a deposition in its briefing or any arguments relating to claim construction.

Dated: August 8, 2024

| | |
|---|---|
| /s/ Chad Henson | /s/ R. Seth Reich Jr. |

C. Chad Henson (TX Bar No. 24087711)
chenson@devlinlawfirm.com
Devlin Law Firm, LLC
1411 N. Trail Drive
Carrollton, TX  75006
(214) 728-5365

*Attorney for Plaintiff Bell Semiconductor LLC*

Bradley W. Caldwell
Email: bcaldwell@caldwellcc.com
Texas State Bar No. 24040630
R. Seth Reich Jr.
Email: sreich@caldwellcc.com
Texas State Bar No. 24088283
Aisha M. Haley
Georgia State Bar No. 656793
Email: ahaley@caldwellcc.com
**CALDWELL CASSADY CURRY P.C.**
2121 N. Pearl Street, Suite 1200
Dallas, Texas 75201
(Telephone) (214) 888-4848
(Facsimile) (214) 888-4849

Amanda A. Abraham
Email: aa@rothfirm.com
Texas State Bar No. 24055077
**ROTH LAW FIRM**
115 North Wellington, Suite 200
Marshall, Texas 75670
(Telephone) (903) 935-1665
(Facsimile) (903) 935-1797

Andrea L. Fair
Texas State Bar No. 24078488
Email: andrea@wsfirm.com
Jack Wesley Hill
Texas State Bar No.24032294
Email: wh@wsfirm.com
**Ward, Smith & Hill, PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
(Telephone) (903) 757-6400
(Facsimile) (903) 757-2323

**ATTORNEYS FOR DEFENDANT
TEXAS INSTRUMENTS
INCORPORATED**

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(h), the parties met and conferred regarding the foregoing motion on August 7, 2024.  No party is opposed to the relief requested.

*/s/ Chad Henson*
Chad Henson

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  This document is also served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

*/s/ Chad Henson*
Chad Henson