# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| BELL SEMICONDUCTOR, LLC,<br><br>    Plaintiff,<br>v.<br><br>TEXAS INSTRUMENTS INCORPORATED<br><br>    Defendant. | Civil Action No.  4:23-cv-609-ALM<br><br>JURY TRIAL DEMANDED |

## PROPOSED ORDER RE: MOTION TO MODIFY SCHEDULING ORDER
## RE: CLAIM CONSTRUCTION DEADLINES

Having reviewed the joint motion to modify the scheduling order for claim construction deadlines, and for good cause shown, the Court hereby ORDERS that the motion be GRANTED.

The current deadlines for claim construction are now as follows:

| FORMER Date | CURRENT Date | Event |
|---|---|---|
| Aug. 8, 2024 | No Change | Completion date for discovery on claim construction (P.R. 4-4). |
| Aug. 16, 2024 | Aug. 26, 2024 | Opening claim construction brief (P.R.4-5(a)). |
| Sept. 17, 2024 | Sept. 27, 2024 | Submit technology synopsis (both hard copy and disk). |
| Aug. 30, 2024 | Sept. 9, 2024 | Responsive claim construction brief (P.R. 4-5(b)). |
| Sept. 6, 2024 | Sept. 16, 2024 | Reply claim construction brief (P.R. 4-5(c)). |
| Oct. 4, 2024 | No Change | Parties to file joint claim construction and chart (P.R. 4-5(d)). Parties shall work together to agree on as many claim terms as possible. |
| **Oct. 15, 2024** | **No Change** | **Claim construction hearing at 9:00 am** at the Paul Brown United States Courthouse, 101 E. Pecan Street, Sherman, Texas. |