# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| BELL SEMICONDUCTOR, LLC,<br><br>                       Plaintiff,<br>    v.<br><br>TEXAS INSTRUMENTS INCORPORATED<br><br>                       Defendant. | Civil Action No. 4:23-cv-609-ALM<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 41(a)(2) and the joint motion of the parties, it is hereby ORDERED that:

- Plaintiff's claims for relief against Defendant are DISMISSED with prejudice.

- Defendant's counterclaims for relief against Plaintiff are DISMISSED without prejudice.

- All attorneys' fees, costs of court, and expenses borne by the party incurring same.

**IT IS SO ORDERED.**

**SIGNED this 30th day of December, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE